IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ISAAC JONES </br></br> Plaintiff, </br></br> v. </br></br> FC BACKGROUND, LLC </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> CIVIL ACTION NO. </br></br> 4:17-cv-02923 |

**Plaintiff's Certificate of Interested Persons**

Plaintiff Isaac Jones ("Plaintiff"), hereby discloses the following persons or entities who have a financial interest in the outcome of this litigation:

**Plaintiff**: Isaac Jones, an individual, and his attorney of record: Micah S. Adkins, THE ADKINS FIRM, P.C., 2 Perimeter Park South, Suite 405 E, Birmingham, Alabama 35243.

**Defendant**: FC Background, LLC, upon information and belief, has no parent company and is not a publicly traded company.

        Respectfully Submitted,

        */s/Micah S. Adkins*
        Micah S. Adkins (Texas Bar No. 24088777)
        SD Texas Federal Bar No. 2338097
        **THE ADKINS FIRM, P.C.**
        2 Perimeter Park South, Suite 405 E
        Birmingham, AL 35243

Telephone: (205) 2016-6718
Facsimile: (205) 208-9632
Email: MicahAdkins@ItsYourCreditReport.com
***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September 2017, I served the foregoing paper via U.S. Mail on the following party:

FC Background, LLC
c/o Registered Agent:
Mark Hinton
12750 Merit Dr., Suite 1215
Dallas, TX 75231

*/s/ Micah S. Adkins*
Micah S. Adkins